**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK DELAPLANE,** | ) NO. CV 08-2306-JFW (MAN) |
| | ) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| **JOHN MARSHALL, Warden,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is GRANTED as follows: The Board of Parole Hearings ("Board") shall calculate the remaining period, if any, of Petitioner's three-year parole term by crediting him for his incarceration between the date he would have been released on parole pursuant to the Board's May 4, 2006 decision, if that decision had not been reversed by the Governor, and Petitioner's release on parole on November 13, 2008. If Petitioner has already served his re-computed parole term, the Board shall discharge

him from parole.

DATED: November 12, 2009.

                                        JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE